DISMISSAL FORM FOR CRIMINAL CASES ON ANT'S MOTION/OR WD NOA 









                NO. 12-06-00410-CV

 

IN THE COURT OF APPEALS

 

TWELFTH COURT OF APPEALS
DISTRICT

 

TYLER, TEXAS

 

§          APPEAL FROM THE 307TH

IN THE INTEREST OF M.H.S.L.   

AND V.K.M.L.,          §          JUDICIAL
DISTRICT COURT OF

MINOR CHILDREN

§          GREGG COUNTY, TEXAS

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 

 



MEMORANDUM
OPINION

PER
CURIAM

 

            Appellant Trinity Lee has filed a motion to dismiss this
appeal.  A copy of the motion has been
sent to all counsel of record.  Because
Lee has met the requirements of Texas Rule of Appellate Procedure 42.1(a)(1),
the motion is granted, and the appeal is dismissed.

Opinion
delivered January 24, 2007.

Panel
consisted of Worthen, C.J., Griffith, J., and Hoyle, J.

 

 

 

 

 

(PUBLISH)